IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**WILLIE HUTCHERSON**  **PLAINTIFF**
**ADC #093873**

v.   CASE NO. 2:22-CV-00153-BSM

**DIANE BOWMAN, Clerk,**
**Lee County Circuit Court,** *et al.*,   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE